UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                              CASE NO: 6:13-cr-12-Orl-31GJK

**THOMAS SHELTON**

## ORDER

This cause comes before the Court on a Motion to Dismiss the Indictment (Doc. 32) filed by Defendant Thomas Shelton ("Shelton") and a response (Doc. 35) filed by the United States of America. The Court held a hearing on the matter on March 25, 2013.

Shelton was convicted of sexual abuse in New York in 1993. Upon release from prison, he was required to register as a sexual offender for life[1] --he reported as required for seventeen years. On September 15, 2012, however, Shelton traveled from New York to Florida. He sent a letter on November 14, 2012, to the New York Sex Offender Registry informing them that he was in Florida, but he failed to register as a sex offender in Florida as required by SORNA, 42 U.S.C. § 16913. He was arrested on December 6, 2012 and subsequently charged with Failure to Register as a Sex Offender in violation of 18 U.S.C. § 2250(a). (Doc. 1).

Shelton argues that SORNA, 42 U.S.C. § 16913, and its criminal enforcement provision, 18 U.S.C. § 2250(a), are unconstitutional in light of *National Federation of Independent Businesses v. Sebellius*, ___ U.S. ___, 132 S.Ct. 2566, 183 L.Ed.2d 450 (2012) (*NFIB*), because it "effectively overruled" *United States v. Ambert*, 561 F.3d 1202 (11th Cir. 2009). This argument fails, however, because the statutory schemes at issue in *NFIB* and *Ambert* are

---

[1] Pursuant to New York law, and the Sex Offender Registration Act (SORNA), 42 U.S.C. § 16913.

materially different. Defendant presents no compelling reason to find that *NFIB* effectively overrules established case law upholding the constitutionality of SORNA. It is therefore,

    **ORDERED** that Defendant's Motion to Dismiss, (Doc. 32) is **DENIED**.

    **DONE** and **ORDERED** in Orlando, Florida on March 25, 2013

                                                                             **GREGORY A. PRESNELL**
                                                                            **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Counsel for Defendant